

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-20-00001-CR,
06-20-00002-CR, &
06-20-00003-CR

KENNIE LEWIS COOK, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court Nos. 2019F00062, 2019F00101, & 2019F00102

Before Morriss, C.J., Burgess and Stevens, JJ.

## O R D E R

Kennie Lewis Cook, Jr., was convicted in Cass County of three counts of aggravated sexual assault of a child in our cause numbers 06-20-00001-CR, 06-20-00002-CR, and 06-20-00003-CR, each styled *Kennie Lewis Cook, Jr. v. The State of Texas*. In opinions issued in each of these respective cases on October 20, 2021, we reversed the judgments of conviction against Cook and remanded the cases to the trial court for further proceedings.

On November 5, 2020, Cook filed a motion in each of these cases pursuant to Article 44.04(h) of the Texas Code of Criminal Procedure asking this Court to set bail pending final determination of his appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h). Because Cook's motions were filed prior to the filing of a petition for discretionary review, this Court has jurisdiction to set the amount of bail in each case.

It appears to this Court that the motions should be granted. Considering the nature of the crimes, the sentences imposed, and other relevant factors, we set bail at $500,000.00 in cause number 06-20-00001-CR. We set bail at $100,000.00 in cause number 06-20-00002-CR, and we likewise set bail at $100,000.00 in cause number 06-20-00003-CR. As required by Article 44.04(h), if a surety bond is posted, the sureties on the bond must be approved by the trial court. Any conditions of bond shall be set by the trial court.

IT IS SO ORDERED.

BY THE COURT

Date: November 10, 2021